# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128337

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

KEITH K. WASNICH,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128337
COA: 259771
Hillsdale CC: 03-279936

On order of the Court, the application for leave to appeal the February 10, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

p1024